**FILED**

May 24, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

BY: _____ cav _____
DEPUTY

for the

Western District of Texas

WACO Division

LaCrisha Williams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Josh Tetens, Thomas West

*Defendant(s)* see attached
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:24-CV-287

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants Cont'd

Mark morris
Walter Reeves

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            LaCrisha Williams

Address         12680 E. Fm 2410 Unit 21

                Belton                TX          76513
                *City*              *State*      *Zip Code*

County          Bell

Telephone Number   812-927-9374

E-Mail Address   mscj2010@gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        Josh Tetens

Job or Title *(if known)*   District Attorney

Address                     501 Washington Ave

                            Waco            TX          76701
                            *City*        *State*      *Zip Code*

County                      McClennan

Telephone Number            254-757-5054

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                        Thomas West

Job or Title *(if known)*   Judge

Address                     501 Washington Ave

                            Waco            TX          76701
                            *City*        *State*      *Zip Code*

County                      McClennan

Telephone Number            254-757-6081

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name  *Mark Morris*

Job or Title *(if known)*  *Attorney*

Address  *100 N. 4th St Suite 405*

*Waco*            *TX*        *76701*
  City              State        Zip Code

County  *McClennan*

Telephone Number  *254-752-1254*

E-Mail Address *(if known)*  *mkmwacolaw@aol.com*

[ ] Individual capacity    [✓] Official capacity

Defendant No. 4

Name  *Walter Reaves*

Job or Title *(if known)*  *Attorney*

Address  *100 N. 10th St Suite 902*

*Waco*            *TX*        *76701*
  City              State        Zip Code

County  *McClennan*

Telephone Number  *254-296-0020*

E-Mail Address *(if known)*

[ ] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*6th Amendment Right to speedy trial*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

B.   What date and approximate time did the events giving rise to your claim(s) occur?

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## Statement of Claim

On march 1, 2020 Plaintiff was arrested in Bell County on a charge of Possession of Identifying information and forgery. The Plaintiff had no knowledge of the arrest warrants.

Bond was set at $1,500 for the forgery and $15,000 for Possession of Identifying information. Plaintiff bonded out through Fidelity Bail Bonds on march 22, 2020. Since the arrest and release of the Plaintiff the following events have occurred:

- Plaintiff was served with indictment papers march 29, 2020.

- Plaintiff hired attorney Walter Reaves September 8, 2020. The fee was $16,000 with $1,500 up front and monthly payments of $500. After September 8, 2020 I did not hear from Walter Reaves until July 2023 and October 2023. The forgery Charge, which was

never filed to my knowledge, but was dismissed December 2020. The Law office of Walter Reaves was not a vocal advocate in my case, Walter Reaves did not properly prepare me for a trial. I had stopped making payments in hopes I could have a conversation with Walter Reaves, but to no avail. I asked for his phone number numerous times from other people working in his office, but was unavailble every time.

November 23 2022. At the zoom court on this day. Judge West asked why I was not making payments. This was said in front of the entire court. I started speaking and he let the court know I was under financial burden taking care of my mother who has 3d ovarian cancer. Walter Reaves at that time laughed and stated "Sounds like she needs a free

attorney". This statement caused
much embarrassment unto me.
Mr. Reaves has never shown any
type of concern or care towards
myself nor my case. I kept trying
to court assert my right to a
speedy trial since the case is
from August 2014. Mr Reaves
never prepped me for a trial. He
never asked anything at all about
me to present to a trial for a
favorable outcome. since I never
been to a trial I didn't know
what to expect. I believe Walter
Reaves purposely and neglectfully
set off my case because of
$1,675 that was still owed.
 On November 6, 2023 Walter
Reaves admitted my case was
severly injured. I also knew
Walter Reaves was tired of
working the case. I felt like a
sheep being led to the slaughter.
Mr. Reaves and his 35 years of
experience had absolutely no

action plan in my case thereby
causing me to plead guilty and
take 6 years probation.

On January 19, 2024 Judge
Thomas West denied my probation
and Wauter Reaves withdrew
from the case. I was told Judge
West didn't accept the plea 2
days before court and their
intentions to withdraw. I wanted
them off the case in 2022 but
Judge Thomas West would not
allow the withdraw. Judge
West ordered me to pay $45 a
week November 23, 2022
causing more financial debt. I
tried to invoke my right to a
speedy trial November 23, 2022
but Judge West would not
allow me to fully speak.

At the January 19, 2024 Court
date I appeared in person. I once
again tried to invoke my right to
a speedy trial as well as

waive Counsel and represent
myself pro se, but Judge West
would not allow me to speak at
all when I raised my hand. He
told me I had 30 days to get
an attorney and dismissed me.
Out of fear of being in contempt
of court I did not utter a word.
     My case has been reset
several times without my knowledge.
     In Conclusion Walter Reaves
was an ineffective att Counsel
that did not (1) vocally advocate
(2) properly prepare for trial
(3) Ask adequate questions to get
an understanding of my situation
(4) Properly and effectively
communicate
(5) show care or Concern for
the Case or the person
(6) withdrew from the case without
any type of legal counsel or recourse
or advice
(7) Properly explain outcome or
trial process



(8) Not asking the courts for a speedy trial due to the nature and time limits of the case. on November 4, 2023 when I asked Walter Reaves why I didn't get a speedy trial because my case is injured, his reply was 'yes, your case is injured'. But also would not put in for a dismissal.

(9) I believe Walter Reaves purposely and maliciously set off my court dates without my knowledge to injure my case because I was not making payments.

Statement of Claim Continued

Judge Thomas West is named as
a ~~plaintiff~~ because:
   defendant

(1) Judge West allowed multiple
continuances on a 10 year old
case further adding injury and
an inability to prepare a proper
defense on my own ~~behind~~ behalf.

(2) Not allowing me to speak to
invoke my right to a speedy
trial on November 23, 2022 and
January 19, 2024.

(3) Judge Thomas West failed
to weigh the case against the
Barker balancing test even
though he had knowledge that
the case was 10 years old!

Statement of Claim Continued

District Attorney Josh Tetens is
named as a defendant because:

(1) He knowingly allowed continuous
resets in the case and

(2) Josh Tetens received a letter
from Plaintiff sent Certified
mail march 2024 reminding
the courts of the right to a fair
and speedy trial. Instead of giving
a trial date he forwarded my letter
to the attorney the Court appointed
after Walter Reaves withdrew.

(3) Denied my rights to a speedy
trial by not weighing the case
on the Barker scale to see if
there was potential injury due to
the age of the case

Statement of Claim Continued

Attorney mark morris is named because:

(1) mark morris purposely and willfully lied to the court about his communications with me. (See attached emails)

(2) Reprimanded me for writing to the district attorney about the Speedy Trial Act and informed me I could represent myself if I chose to, but he advised me not to write to the District Attorney or judge. (Email of conversation is attached)

(3) Did not return phone calls but would email, making it extremely hard to discuss and prepare for a trial through email.

(4) mark morris caused great distress and anxiety by lying to

the courts and refusing to fill
any type of dismissal. Mark
morris did not ask me (1)
Any questions about my case
(2) if I had any evidence to
help support my case, Mark
morris had plans to do the
exact same thing walter Reaves
had planned, which was take
me to trial unprepared.
(3) mark morris did not try to
speed up the trial date

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a direct result of the delays, Plaintiff has suffered the following injuries:

(1) Emotional distress - The actions of all 4 defendants has caused great anxiety. Plaintiff has had to be placed on antidepressant medication and anxiety medication due to prolonged uncertainty and fear of false prosecution. Plaintiff was referred to social work and a psychiatrist by her regular doctor. Plaintiff was diagnosed with PTSD and anxiety as well as depression. Plaintiff tried to commit suicide October 25, 2023 due to the delay of trial and fear of false prosecution.

(Please see attached)

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) A declaration that defendants violated Plaintiff's 6th Amendment right to a fair and speedy trial.

(2) An injunction requiring defendants to promptly resolve Plaintiff's case without further delay.

(3) Compensatory damages in the amount of $50,000 for emotional distress, financial loss and other harm suffered

(4) Any other relief the court deems just and proper.

Fear of not knowing if my bondsman
would go off my bond due to the
lengthy delay. Having insomnia,
restless nights, being unable to
concentrate on daily activities,
unable to effectively home school
my child due to the over
whelming stress. Feelings of
paranoia, loneliness and being
railroaded began to take a
massive toll on my well being.
Living in shame and feeling
hopeless also weighed in on my
mental state.

- Financial Hardship - Being
denied Contracts for work, but being
told when my case is resolved
I can come back and apply.
Having to borrow money from
family and choosing whether to
pay legal fees or rent or pay
the unpaid portion of chemotherapy
treatment for my mother. Having
my landlord almost evict me twice,

was not only embarassing but
added to my mental strain. I
have a transportation company
where I drive sprinter vans or
my own personal vehicle. Being on
bond for over 4 years and
unable to leave the state to
make a living was detrimental
to my finances. I became
incapable y feeding my family
and had to apply for food
stamps which also caused me
embarrassment. To date I have
paid $13,125 for attorneys fees
and bonds on a case from 2014.

Prejudice to my defense as I was
unaware y the charges for 10 years
until my arrest. I was unable
to prepare anything. My main
witness died October 20,2023 just
a few days before my intial trial.
Two other witnesses that I could
have used to cheep my case
died in 2018 and 2024. I am

unable to get Original reports or anything that would help my case. I literally have no evidence from 10 years ago.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff    LaCrisha Williams

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address



LACRISHA JENNETTE WILLIAMS

FRAUDULENT USE OR POSSESSION OF
IDENTIFYING           INFORMATION
(ENHANCED) (F3-F2)

D.O.B.:  09/●●/1979

Code: 32.51, Texas Penal Code

CID#:   186005

TRN#: 9263292469-A002

SID#: 05610637

Bond Amount:

## Cause No. 2020- 968 -C1

# TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors of McLennan County, State of Texas, duly organized at the January Term, A.D., 2019, of the 19th Judicial District Court of said county, upon their oaths do present that LACRISHA JENNETTE WILLIAMS, hereinafter called Defendant, on or about the 25th day of August, 2014 in said county and state did then and there, with intent to harm or defraud another, and without the consent of SANDRA HILEMAN, use five or more but less than 10 items of identifying information of SANDRA HILEMAN, to-wit: name and date of birth and/or address and email address and/or driver's license number and/or social security number and/or phone number, by using the information to obtain a loan,

## ENHANCEMENT ALLEGATION

And it is further presented in and to said Court that prior to the commission of the primary offense, on the 18th day of October, 2004, in the 264th District Court of Bell County, Texas, in Cause Number FR56014, the said LACRISHA JENNETTE WILLIAMS was convicted of a felony, to-wit: Assault Against A Public Servant, and the said conviction became final prior to the commission of the primary offense,